THE ORANGE SOCIETY OF THE NEW JERUSALEM, complain-
ant-respondent,

v.

MARK M. KONSKI, defendant-appellant.

[Submitted July 9th, 1923.   Decided November 19th, 1923.]

On appeal from a decree advised by Vice-Chancellor
Backes, whose opinion is reported in *94 N. J. Eq. 632.*

*Mr. Edward L. Davis,* for the appellant.

*Mr. William H. Osborne* and *Mr. Henry T. Stetson,* for
the respondent.

PER CURIAM.

This was a vendor's suit for specific performance of a
written contract for the purchase of real property, the perti-
nent features of which appear in the opinion of the vice-
chancellor.   Our consideration of the case leads us to the
conclusion that the decree requiring appellant to complete
his purchase in fulfillment of the contract should be affirmed,
and for the reasons stated by the learned vice-chancellor.

As will appear by his opinion, the contract contained pro-
visions calling on the vendee to erect a building of a specified
character upon the premises to be conveyed, and counsel for
appellant raise the point that a court of equity should not
decree specific performance of a stipulation of that character.
Such we understand to be the ordinary rule.   *Wharton v.
Stoutenburgh, 35 N. J. Eq. 266.*   But we are not called
upon to pass on this feature of the case, because the decree
appealed from goes no farther than to require the appellant
to take and pay for his deed and attend to the details inci-
dental to closing of title.   It is true that the decree contains
a provision allowing the appellant six months "after the

performance of this decree" to proceed to erect a building in accordance with the contract, but there is no mandate to erect such building within that period or at any time. When such a mandate has been issued by the court of chancery and has been properly brought before us, it will be time enough to consider it.

The decree is affirmed, with costs.

*For affirmance* — THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, GARDNER, ACKERSON, VAN BUSKIRK—9.

*For reversal*—None.